**Liani J. Reeves, OSB No. 013904**
lreeves@bullardlaw.com
**Kalia Walker, OSB No. 154434**
kwalker@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR  97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendants University of Oregon and Yue Fang

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **DR. YONGLI ZHANG,** | Case No. 6:18-cv-00232 |
| Plaintiff, | **DECLARATION OF LIANI J. REEVES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **UNIVERSITY OF OREGON, and YUE FANG,** | |
| Defendants. | |

I, Liani J. Reeves, declare and state as follows:

1. I am one of the attorneys for Defendants University of Oregon and Yue Fang (hereinafter "Defendants"). My statements herein are based on personal knowledge.

2. Defendants' response to Plaintiff's Complaint is currently due

Page 1    **DECLARATION OF LIANI J. REEVES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

March 28, 2018. Defendants are requesting an extension to file a response, moving the responsive pleading deadline to May 14, 2018.

3. Defendants request this extension for additional time to evaluate the claims and allegations in preparation of its answer or other pleading in response to Plaintiff's complaint.

4. Counsel for Plaintiff has indicated that they do not oppose this request for extension.

5. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury. 3/19/2018

DATED: March 20, 2018.

       BULLARD LAW

       By  s/Liani J. Reeves
         Liani J. Reeves, OSB No. 013904
         lreeves@bullardlaw.com
         503-248-1134/Telephone
         503-224-8851/Facsimile
         Attorneys for Defendants
         University of Oregon and Yue Fang

Page 2  DECLARATION OF LIANI J. REEVES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

5509/15 00871568 V 1

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018 I served the foregoing **DECLARATION OF LIANI J. REEVES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on:

> David Griggs
> Griggs Law Group PC
> 4900 SW Griffith Drive, Suite 165
> Beaverton, OR  97005

- ☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed.  It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

- ☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

> s/Liani J. Reeves
> Liani J. Reeves, OSB No. 013904
> Attorneys for Defendants
> University of Oregon and Yue Fang

Page 1    CERTIFICATE OF SERVICE

5509/15 00871568 V 1