**Liani J. Reeves, OSB No. 013904**
lreeves@bullardlaw.com
**Kalia J. Walker, OSB No. 154434**
kwalker@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR  97201
503-248-1134/Telephone
503-224-8851/Facsimile

    Attorneys for Defendants University of Oregon and Yue Fang

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **DR. YONGLI ZHANG,** | Case No. 6:18-cv-00232-TC |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **UNIVERSITY OF OREGON, and YUE FANG,** | |
| Defendants. | |

### I.    CERTIFICATE PURSUANT TO LR 7-1

Pursuant to LR 7-1, counsel for Defendants University of Oregon and Yue Fang have conferred with Plaintiff's counsel regarding the subject of this motion, and it is unopposed.

/ / /

/ / /

Page 1    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

## II.   MOTION

Defendants respectfully move this Court for an order extending the deadline to file dispositive motions. This motion is made in good faith and is not intended to create unnecessary delay and is supported by the Declaration of Liani J. Reeves filed herewith.

The current deadline to file dispositive motions is February 13, 2019. Defendants ask for a two-week extension of time due to Defendants' counsel out of town scheduling conflicts. Consequently, Defendants request the following new deadline:

| Deadline | Existing Date | Proposed Date |
|---|---|---|
| Dispositive Motions | February 13, 2019 | February 27, 2019 |

## III.   CONCLUSION

Defendants respectfully request that this Court grant Defendants' Unopposed Motion to Extend Dispositive Motion Deadline and enter an Order extending the deadline to file dispositive motions as indicated above.

DATED: February 4, 2019.

BULLARD LAW

By s/ Liani J. Reeves
Liani J. Reeves, OSB No. 013904
lreeves@bullardlaw.com
Kalia J. Walker, OSB No. 154434
kwalker@bullardlaw.com
503-248-1134/Telephone
503-224-8851/Facsimile
Attorneys for Defendants
University of Oregon and Yue Fang

Page 2   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019 I served the foregoing

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** on:

> David Griggs
> Griggs Law Group PC
> 4900 SW Griffith Drive, Suite 165
> Beaverton, OR  97005
>
> Adam Carter
> R. Scott Oswald
> The Employment Law Group, PC
> 888 17th St. NW, 9th Floor
> Washington D.C., DC 20006

☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

> s/ Liani J. Reeves
> Liani J. Reeves, OSB No. 013904
> Kalia J. Walker, OSB No. 154434
> Attorneys for Defendants
> University of Oregon and Yue Fang