**Liani J. Reeves, OSB No. 013904**
lreeves@bullardlaw.com
**Kalia J. Walker, OSB No. 154434**
kwalker@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR  97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendants University of Oregon and Yue Fang

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **DR. YONGLI ZHANG,** | Case No. 6:18-cv-00232-MK |
| Plaintiff, | **DECLARATION OF KALIA WALKER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| **UNIVERSITY OF OREGON, and YUE FANG,** | |
| Defendants. | |

I, the undersigned Kalia J. Walker, declare that:

1. I am a licensed attorney and one of the attorneys for Defendants University of Oregon and Yue Fang ("Defendants") in the above-entitled case.

///

///

2. Attached hereto as Exhibit 1 is a true and accurate copy of a deposition transcript excerpt from the corporate deposition of James Terborg taken on October 30, 2018.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: November 8, 2019.

By s/Kalia J. Walker
Liani J. Reeves, OSB No. 013904
lreeves@bullardlaw.com
503-248-1134/Telephone
503-224-8851/Facsimile
Attorneys for Defendants
University of Oregon and Yue Fang



# Transcript of James Terborg, Designated Representative

**Date:** October 30, 2018
**Case:** Yongli Zhang -v- University of Oregon, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

Exhibit 1 Page 1 of 3

1    Q.   What was that?
2    A.   I became senior associate dean for faculty
3 affairs.
4    Q.   Okay.  When was that?
5    A.   Maybe 2015, '16.  I'm not sure.  Could be '14,
6 '15.  I'm not sure on the exact date, the year that that
7 I retired.
8    Q.   Okay.  And then -- and then when did you become
9 interim dean?
10   A.   Officially, September I think of 2016, but it
11 might be 2015.  I'm not trying to be evasive here.  I
12 just don't recall the exact years.
13   Q.   I will represent to you that my client, Yongli
14 Zhang, came up for tenure in the fall of 2015.
15   A.   Okay.
16   Q.   And then met with you in January of 2016 or
17 February of 2016, and you were the interim dean by then.
18   A.   Okay.  I assume that's correct, yes.
19   Q.   So having represented that to you, do you think
20 that you were starting to be the interim dean in
21 September of 2015?
22   A.   Yes.  Then the year prior to that I would have
23 been senior associate dean for faculty affairs.  The year
24 prior to that I would have been department head.
25   Q.   I understand.  And working part time

```
 1                      CERTIFICATE
 2           I, Traci R. Moore, an Oregon Shorthand
 3   Reporter, hereby certify that said witness personally
 4   appeared before me at the time and place set forth in the
 5   caption hereof; that at said time and place I reported in
 6   stenotype all testimony adduced and other oral
 7   proceedings had in the foregoing matter; that thereafter
 8   my notes were transcribed through computer-aided
 9   transcription, under my direction; and that the foregoing
10   pages constitute a full, true and accurate record of all
11   such testimony adduced and oral proceedings had, and of
12   the whole thereof.  I further cerify review of the
13   transcript was waived.
14           Witness my hand at Portland, Oregon, this 12th
15   day of November, 2018.
16
17
18
19                            _____
20                            Traci R. Moore
21                            Notorial Commission
22                            No. 975016
23                             Expires 5/30/2022
24
25
```

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019 I served the foregoing **DECLARATION OF KALIA WALKER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** on:

>  David Griggs
>  Griggs Law Group PC
>  4900 SW Griffith Drive, Suite 165
>  Beaverton, OR  97005
>
>  Adam Carter
>  R. Scott Oswald
>  The Employment Law Group, PC
>  888 17th St. NW, 9th Floor
>  Washington D.C., DC 20006

- ☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed.  It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

- ☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

>  s/Kalia J. Walker
>  Liani J. Reeves, OSB No. 013904
>  Attorneys for Defendants
>  University of Oregon and Yue Fang

Page 1     CERTIFICATE OF SERVICE