IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DR. YONGLI ZHANG,

       Plaintiff,

v.

UNIVERSITY OF OREGON, and YUE FANG,

       Defendants.

Civ. No. 6:18-cv-232-MK

ORDER

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 50), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Although the report stated plaintiff sent his appeal letter a year (rather than a few weeks) after the Provost's decision, this error does not

1 –ORDER

alter the outcome. Other than that mistaken date, I find no error and conclude the report is correct.

      Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 50) is adopted. Defendants' motion for summary judgment is GRANTED. Plaintiff's motion for partial summary judgment is DENIED a s moot.

IT IS SO ORDERED.

      DATED this 3rd day of January, 2020.


                                                                 /s/ Michael J. McShane        
                                             Michael McShane
                                    United States District Judge