IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DR. YONGLI ZHANG,

       Plaintiff,                                       Civ. No. 6:18-cv-232-MK

    v.                                                     JUDGMENT

UNIVERSITY OF OREGON, and YUE FANG,

       Defendants.

_____

MCSHANE, Judge:

       Based on the record, judgment for defendants.

IT IS SO ORDERED.

       DATED this 3rd day of January, 2020.

                                                   _____/s/ Michael J. McShane_____
                                                            Michael McShane
                                                    United States District Judge

1 –JUDGMENT